**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:17-cv-24116-KMM

ENRIQUE MADRINAN,

    Plaintiff,

v.

HARBOUR SHOPPING CENTER, INC. and LUZA CORP. d/b/a DONUT GALLERY DINER,

    Defendants.

_____/

### DEFENDANT LUZA CORP.'S NOTICE OF FILING AFFIDAVIT IN RELATION TO DOCKET ENTRY THIRTY-THREE, PLAINTIFF'S REPLY TO DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL AND LAW FIRM REPRESENTING DEFENDANT LUZA CORP., d/b/a DONUT GALLERY DINER

    Defendant, Luza Corp., hereby files notice that it is filing an affidavit in relation to Docket Entry thirty-three (33), Plaintiff's Reply to Defendants Response to Plaitniff's Motion to Disqualify Counsel and Law Firm Representing Defendant Luza Corp., d/b/a Donut Gallery Diner, the affidavit is attached hereto as "Exhibit A".

Dated, this 1st day of February, 2018.

                                                LUBELL & ROSEN, LLC
                                                *Attorneys for Defendants*
                                                200 S. Andrews Ave, Suite 900
                                                Ft. Lauderdale, Florida 33301
                                                Phone: (954) 880-9500
                                                Fax: (954) 755-2993
                                                E-mail:   jhs@lubellrosen.com

                                                By:   /s *Joshua H. Sheskin*
                                                    Joshua H. Sheskin, Esquire
                                                    Florida Bar No: 93028

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            ___/s Joshua H. Sheskin_____
            Joshua H. Sheskin, Esquire
            Florida Bar No: 93028

## SERVICE LIST

*Enrique Madrinan v. Harbour Shopping Center, Inc.,*
*and Luza Corp., d/b/a Donut Gallery Diner*
Case No. 1:17-cv-24116-KMM

| | |
|---|---|
| William Thomas Leveille, II, Esquire<br>Federal Disability Advocates, LLC<br>4300 Biscayne Blvd., Suite 305<br>Miami, FL 33137<br>Wleveille@jltrial.com<br>*Attorney for Plaintiff* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Ave.<br>Suite 900<br>Ft. Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendant – Luza Corp.* |
| Ayesa Phillips, Esq.<br>Federal Disability Advocates, LLC<br>4300 Biscayne Blvd., Suite 305<br>Miami, FL 33137<br>aconger@jltrial.com<br>*Attorney for Plaintiff* | Adam S. Chotiner, Esquire<br>Shapiro, Blasi, Wasserman &<br>Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>aschotiner@sbwlawfirm.com<br>*Counsel for Defendant – Harbour Shopping Center, Inc.* |